TDCJ Offender Details     83,159-01     Page 1 of 2

TDCJ Home  New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 08393905 |
| **TDCJ Number:** | 01794650 |
| **Name:** | NG,ANDRISELA MARIE |
| **Race:** | H |
| **Gender:** | F |
| **DOB:** | 1987-04-18 |
| **Maximum Sentence Date:** | 2062-06-23 |
| **Current Facility:** | MOUNTAIN VIEW |
| **Projected Release Date:** | 2062-06-23 |
| **Parole Eligibility Date:** | 2037-06-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|

| Return to Search list |